Note: Pursuant to Fed. Cir. R. 47.8, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1079, -1080

JAMES E. SLATE,

           Plaintiff-Appellant,

v.

John E. Potter, POSTMASTER GENERAL,
Jeffrey F. Perotta, LABOR RELATIONS MANAGER,
and Roy L. Montague, POSTMASTER

           Defendants-Appellees.

Appeals from the United States District Court for the Middle District of North Carolina in case nos. 1:04-CV-00782 and 1:05-CV-00221, Chief Judge James A. Beaty, Jr.

## ORDER

Pursuant to this court's order filed February 6, 2009,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Fourth Circuit.

           FOR THE COURT:

February 11, 2009

           /s/ Jan Horbaly
           Jan Horbaly
           Clerk

cc: James E. Slate
  Shari A. Rose
  Clerk's Office, U.S. District Court, NCMD (04-CV-00782)
  Clerk's Office, U.S. Court of Appeals, 4th Circuit (with certified copy of file)

ISSUED AS A MANDATE: FEB 11 2009

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FEB 11 2009
JAN HORBALY
CLERK